UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
ALFRED TRIPPETT, on behalf of himself and
all others similarly situated,                                    Civil Action No.

                Plaintiff,                                              1:25-cv-202


            -against-

787 COFFEE ROASTERS, LLC,                             **JOINT STIPULATION OF**
                                                      **DISMISSAL WITH PREJUDICE**
            Defendant.
_____x

Plaintiff, Alfred Trippett, and Defendant, 787 Coffee Roasters, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: August 19, 2025

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Diana Y. Seo, Esq.
   *Attorneys for Defendant*
Seo Law Group, PLLC
136-68 Roosevelt Avenue, Suite 726
Flushing, NY 11354
T: 718-500-3340
Diana@seolawgroup.com